CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
EAST WIND CARRIERS (UK)
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EAST WIND CARRIERS (UK),

                              Plaintiff,

          v.

RSK LOGISTICS & TRADING GmbH,

                              Defendant.
-------------------------------------------------------------X



**JUDGE CHIN**

07 CIV 9903

**RULE 7.1 STATEMENT**

          Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel of record for Plaintiff, EAST WIND CARRIERS (UK), certifies that

there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly

held.


Dated: Port Washington, New York
          November 8, 2007

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff

          By:     _____
                              Owen F. Duffy (OD-3144)
                              George E. Murray (GM-4172)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel:  (516) 767-3600
                              Fax:  (516) 767-3605