*True copy*

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
EAST WIND CARRIERS (UK)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EAST WIND CARRIERS (UK),

                Plaintiff,

   v.

RSK LOGISTICS & TRADING GmbH,

               Defendant.
------------------------------------------------------------X

JUDGE CHIN
07 CIV 9903

**ORDER APPOINTING A SPECIAL PROCESS SERVER**

    An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 9th day of November, 2007, and good cause having been shown, it is hereby

    **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, RSK LOGISTICS & TRADING GmbH.

Dated: New York, New York
       November 13, 2007

SO ORDERED:

_____
CLERK U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON

BY _____
DEPUTY CLERK